Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | DOCKET No.  6:12-mj-058-MJS |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| ANNE FEHRENBACH, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal as to Count Three, with prejudice in the interest of justice, and in accordance with 18 U.S.C. § 3607. FEHRENBACH plead guilty with a Deferred Entry of Judgment to Count Three: Possession of a controlled substance on December 18, 2012. Counts One and Two were dismissed at that time. FEHRENBACH has complied with the terms of the agreement, in that she paid a fine of $800 and obeyed all laws for a twelve month period.

//

//

1

1  Dated:  January 21, 2014          NATIONAL PARK SERVICE

2

3                                     /S/ Matthew McNease
                                     Matthew McNease
4                                     Acting Legal Officer

5                                    **ORDER**

6

7     Upon application of the United States, and good cause having been shown

8  therefor, IT IS HEREBY ORDERED that the above referenced matter, *U.S. v. Anne*

9  *Fehrenbach*, 6:12-mj-058-MJS, be dismissed, without prejudice, in the interest of justice.

10

11 IT IS SO ORDERED.

12
   Dated:   January 21, 2014              /s/ *Michael J. Seng*
13                                        UNITED STATES MAGISTRATE JUDGE